UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BICKHAM, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, a New Jersey corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendant. | Case No. CV 19-00981-AB (FFMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.

　　//

　　//

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 9, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE